# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160661

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CLEOPHAS ANDREW BROWN,
      Defendant-Appellant.

SC: 160661
COA: 348079
Oakland CC: 2018-266476-FH

_____/

On order of the Court, the application for leave to appeal the October 15, 2019 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether: (1) in a prosecution for carrying a concealed weapon under MCL 750.227(2), the prosecutor must establish that the defendant had notice under MCL 28.428 that his concealed pistol license had been suspended or revoked; and (2) the Court of Appeals erred in determining that if notice is required, the evidence demonstrated that the defendant was served with adequate notice that he could not legally possess a concealed pistol. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2020



Clerk

p0428